IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| David Shaw, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-6093-CV-SJ-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed December 13, 2015, [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed December 13, 2015, [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,296.88.

                                                        */s/ John T. Maughmer*
                                                         **John T. Maughmer**
                                              **United States Magistrate Judge**